1  FISHER & PHILLIPS LLP
SCOTT M. MAHONEY, ESQ.
2  Nevada Bar No. 1099
300 S. Fourth Street
3  Suite 1500
Las Vegas, NV  89101
4  Telephone:  (702) 252-3131
E-Mail Address:  smahoney@fisherphillips.com
5  Attorney for Defendant, Panasonic Corporation
of North America
6

7

**IN THE UNITED STATES DISTRICT COURT**

8

**DISTRICT OF NEVADA**

9

10  DIANA BLAISDELL,                                    )    Case No: 3:22-cv-00032-MMD-CLB
                                                                    )
11                             Plaintiff,                       )    **STIPULATION AND ORDER FOR**
                                                                    )    **AN EXTENSION OF TIME TO**
12       vs.                                                     )    **RESPOND TO COMPLAINT**
                                                                    )    **(First Request)**
13  PANASONIC CORPORATION OF            )
NORTH AMERICA,                                      )
14                                                                 )
                                                                    )
15                             Defendant.                   )
_____ )
16

17       IT IS HEREBY STIPULATED AND AGREED by and between the parties'

18  counsel of record that Defendant will have up to and including March 4, 2022 to answer

19  or otherwise respond to Plaintiff's Complaint (ECF No. 1).   Defense counsel has

20  recently been retained and further time is needed to review the allegations of the

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada  89101

- 1 -

FP 43053066.1

1   Complaint.  This is the first request for an extension of this deadline.

2   MAUSERT LAW                          FISHER & PHILLIPS LLP

3   By: /s/ Mark Mausert, Esq.           By: /s/ Scott M. Mahoney, Esq.
4       MARK MAUSERT                         SCOTT M. MAHONEY
        729 Evans Avenue                     300 South Fourth Street
5       Reno, NV 89512                       Suite 1500
        Attorneys for Plaintiff              Las Vegas, Nevada 89101
6                                            Attorneys for Defendant

7

8                                        IT IS SO ORDERED:

9

10                                       _____
                                         UNITED STATES MAGISTRATE JUDGE
11
                                         Dated:____February 8, 2022_____
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 43053066.1

- 2 -